| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Charles D. Axelrod (State Bar No. 39507)<br>Scott Hl Yun (State Bar No. 185190), Members of<br>STUTMAN, TREISTER & GLATT, PROFESSIONAL CORPORATION<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br><br>*Attorney for Plaintiff* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 08 2008**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning  DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: TriGem Computer, Inc. a debtor in a foreign main proceeding,<br><br>                                                                                 Debtor(s). | |
| Il-Hwan Park Foreign Representative for TriGem Computer, Inc.<br>                                                                                 Plaintiff(s),<br>vs.<br>Toshiba Corporation, David Packard and John E. Hock,<br>                                                                                 Defendant(s). | CHAPTER 15<br><br>CASE NO.: 2:05-BK-50052-TD |
| | ADVERSARY NO.:<br>2:07-ap-01924-TD |
| | DATE:  August 21, 2008<br>TIME:    2:00 p.m.<br>COURTROOM:  1345 |

## STATUS CONFERENCE AND SCHEDULING ORDER
## PURSUANT TO LOCAL BANKRUPTCY RULE 7016-1(a)(3)

1. A Status Conference took place as follows:

   a. Date: August 21, 2008    b. Time: 2:00 p.m.    c. Courtroom: 1345    d. Judge: Thomas Donovan

   e. ☐ Plaintiff present in Court *(Name)*:
   f. ☒ Attorney for Plaintiff present in Court *(Name)*:    Charles D. Axelrod and Scott Yun
   g. ☐ Defendant present in Court *(Name)*:
   h. ☒ Attorney for Defendant present in Court *(Name)*:  Thomas H. Prouty
   i. ☐ Other parties and counsel present as reflected in the Court record

2. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further Status Conference:  *Date:*          *Time:*  .
   b. ☐ Joint Status Report due on *(specify date)*: 8/7/08
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*:
   d. ☐ The last day to file pre-trial motions is *(specify date)*:

*(Continued on next page)*

Revised 05/05    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.2**

477566v1

Status Conference and Scheduling Order – *Page 2*

**F 7016-1.2**

| In re:<br>TriGem Computer, Inc.<br><br>Debtor. | CHAPTER: 15<br><br>CASE NO.: 2:05-BK-50052-TD<br><br>ADVERSARY NO.: 2:07-ap-01924-TD |
|---|---|

e. ☐ The last day to conduct discovery is *(specify date)*:

f. ☐ The Joint Pre-Trial Order is due on *(specify date)*:     ☐ No Pre-Trial Order is required

g. ☐ A Pre-Trial Conference is set for:     ☐ No Pre-Trial Conference is required

   *Date:*          *Time:*

h. ☐ Estimate of time for trial *(specify number of hours)*:

i. ☐ The Trial is set for:     *Date:*          *Time:*

j. ☐ Dismissed for failure to appear or prosecute     ☐ with prejudice     ☐ without prejudice

k. ☐ Notice of next Status Conference or Pre-Trial Conference date is waived

l. ☒ Other *(specify)*:

The Court granted the Plaintiff's motion for summary judgment, thereby fully resolving and adjudicating this adversary proceeding.

###

DATED: September 8, 2008

*[signature: Thomas B. Donovan]*

United States Bankruptcy Judge

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF <u>LOS ANGELES</u>

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

On August 22, 2008, I served the foregoing document described as: STATUS CONFERENCE AND SCHEDULING ORDER on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

Thomas H. Prouty, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92615-8592

Office of the U.S. Trustee
725 S. Figueroa, 27th Floor
Los Angeles, CA  90017

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 22, 2008

| Debra G. Ige | /s/ Debra G. Ige |
|---|---|
| *Type Name* | *Signature* |

*Revised 05/05*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.2**

477566v1

## SERVICE LIST FOR ENTERED ORDER

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov<br><br>Scott H Yun    syun@stutman.com | Office of the U.S. Trustee<br>725 S. Figueroa, 27th Floor<br>Los Angeles, CA  90017<br><br>Thomas H. Prouty, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA  92614-8592<br><br>Charles D. Axelrod, Esq.<br>Stutman, Treister & Glatt<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067 |

*Revised 05/05*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.2**

477566v1