FILED
SEP - 4 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                  Deputy Clerk

ENTERED
SEP - 8 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                  Deputy Clerk

LODGED
AUG 26 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                  Deputy Clerk

1  CHARLES D. AXELROD (State Bar No. 39507), and
2  SCOTT H. YUN (State Bar No. 185190), Members of
   STUTMAN, TREISTER & GLATT
3  PROFESSIONAL CORPORATION
   1901 Avenue of the Stars, 12th Floor
4  Los Angeles, California 90067
   Telephone: (310) 228-5600
5  Facsimile: (310) 228-5788

6  Attorneys for Plaintiff,
   Il-Hwan Park, Foreign Representative of
7  TriGem Computer, Inc.

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11 In re                          )  Chapter 15
                                  )
12                                )  Case No. LA 02:05-50052-TD
   TRIGEM COMPUTER, INC.,         )
13                                )  Adv. No. LA 02-07-01924-TD
                                  )
14         Debtor.                )  **ORDER GRANTING PLAINTIFF'S**
                                  )  **MOTION FOR SUMMARY**
15 _____)  **JUDGMENT RE: COMPLAINT FOR**
                                  )  **PERMANENT INJUNCTION**
16 IL-HWAN PARK, AS FOREIGN       )
   REPRESENTATIVE,                )
17                                )           HEARING DATE
              Plaintiff,          )
18                                )  DATE:  August 21, 2008
   vs.                            )  TIME:  2:00 p.m.
19                                )  PLACE: Courtroom 1345
                                  )         255 E. Temple Street
20 TOSHIBA CORPORATION, DAVID     )         Los Angeles, California
   PACKARD AND JOHN E. HOCK       )
21                                )
              Defendants.         )
22                                )
                                  )
23                                )
                                  )
24                                )
                                  )
25                                )
                                  )
26                                )
                                  )
27                                )
                                  )
28                                )
                                  )

477488v1

Plaintiff's Motion for Summary Judgment (the "Motion") came on regularly for hearing before the Honorable Thomas B. Donovan in Courtroom 1345 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, on August 21, 2008 at 2:00 p.m. Appearances are noted in the record.

The Court having considered the pleadings, declarations, memoranda, documents, and evidence submitted by the parties and the arguments of counsel, and good cause appearing, now therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Evidentiary Objections to the Declaration of Byong Kwan Kang filed by David Packard and John E. Hock (collectively, the "Defendants") and the Defendants' Statement of Genuine Issues In Opposition To Plaintiff's Motion For Summary Judgment are each hereby overruled and denied.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' motion for summary judgment is granted so that each of the facts and conclusions of law set forth in the "Findings of Fact and Conclusions of Law Re: Motion for Summary Adjudication re: Complaint for Permanent Injunction," entered simultaneously herewith, shall be and is deemed finally resolved and shall not be further litigated in this Adversary Proceeding; and

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that without limiting the generality of the foregoing paragraph:

1. This Court has subject matter jurisdiction over this adversary proceeding and the Motion.

2. Comity is granted to the bankruptcy laws of The Republic of Korea and to the orders of the Suwon District Court, Bankruptcy Division, in the corporate reorganization case of TriGem Computer, Inc. ("TriGem") that resulted in a confirmed plan of reorganization so that both David Packard and John E. Hock, either individually or as a purported class member, are permanently enjoined from commencing or continuing against TriGem or its property any litigation arising out of or related to events that occurred, or acts or omissions that were committed by TriGem, on or before June 16, 2005. For the purposes of this injunction, no

477488v1

subsidiary of TriGem or any property of a any subsidiary of TriGem shall be deemed property of TriGem.

DATED: _____Sept. 4_____, 2008    _____
THOMAS B. DONOVAN,
UNITED STATES BANKRUPTCY JUDGE

Presented by:

_____
Charles D. Axelrod and Scott H. Yun,
Members of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for Plaintiff,
Il-Hwan Park, Foreign Representative of
TriGem Computer, Inc.

477488v1

## DECLARATION OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister, & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

On August 26, 2008, I served the following pleading:

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: COMPLAINT FOR PERMANENT INJUNCTION**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

Office of the U.S. Trustee
725 S. Figueroa, 27th Floor
Los Angeles, CA 90017

Thomas H. Prouty, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92615-8592

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008, at Los Angeles, California.

*/s/ Debra G. Ige*
Debra G. Ige, Declarant

477488v1

4

| In re                    (SHORT TITLE) | CHAPTER **15** CASE NUMBER: |
|---|---|
| **TriGem COMPUTER, INC.**<br><br>Debtor. | LA-05-50052-TD |
| **Il-HWAN PARK,**<br><br>Plaintiff,<br><br>v.<br><br>**TOSHIBA CORPORATION, DAVID PACKARD and JOHN E. HOCK**<br><br>Defendants. | ADV. NO. 2:07-AP-01924-TD |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO:

Office of the U.S. Trustee
725 S. Figueroa, 27th Floor
Los Angeles, CA 90017

Thomas H. Prouty, Esq.
Ross, Dixon & ell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592

Charles D. Axelrod, Esq.
Scott H. Yun, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify):

   **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: COMPLAINT FOR PERMANENT INJUNCTION**

   was entered on  9/8/08  .

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on 9/8/08 :

Dated: 9/8/08

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

*Rev. 6/95* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

383924v1