ROSS, DIXON & BELL, LLP
Mohammed K. Ghods (SBN 144616)
Thomas H. Prouty (SBN 238950)
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Counsel for Defendants David Packard and John Hock

FILED
DEC 22 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

IN RE:

TRIGEM COMPUTER, INC.,

Debtor.

IL-HWAN PARK,

Plaintiffs,

v.

TOSHIBA CORPORATION, DAVID PACKARD AND JOHN E. HOCK,

Defendants.

Case No. 02:05-BK-50052-TD

[Hon. Thomas B. Donovan]

CHAPTER 15

Adversary No. 02:07-AP-01924-TD

**NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the firm name of Ross, Dixon & Bell, LLP will change to Troutman Sanders LLP effective January 2, 2009. The firm address, telephone number and fax number will remain the same.

Dated: December 19, 2008

ROSS, DIXON & BELL, LLP

By: [signature]
Thomas H. Prouty

*Attorneys for Defendants David Packard and John Hock*

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592

U.S.D.C. Bankruptcy Court
Central District of California, Los Angeles Division
Case No. 02:07-AP-01924-TD
*Il-Kwan Park v. Toshiba Corporation, et al.*

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Orange County, California. I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592.

On December 19, 2008, I served the following document(s) described as:

**NOTICE OF CHANGE OF FIRM NAME**

☒ **BY MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at Irvine, California in the ordinary course of business.

On all parties as follows:

Charles D. Axelrod, Esq.
Scott H. Yun, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel: 310-228-5600
Fax: 310-228-5788

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2008, at Irvine, California.

FELISA H. LYBARGER

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592